IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE ARMANDO RANGEL,<br><br>    Defendant. | ) CRIMINAL NO. EP-05-CR-_____<br>)<br>) **INDICTMENT**<br>)<br>) **CT 1:** 21:952(a)-Importation of<br>) a Controlled Substance; and<br>) **CT2:** 21:841(a)(1)-Possession<br>) of a Controlled Substance With<br>) Intent to Distribute.<br>) |

THE GRAND JURY CHARGES:

**EP05CR0052**

### COUNT ONE
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about December 13, 2004, in the Western District of Texas, Defendant,

JORGE ARMANDO RANGEL,

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

### COUNT TWO
(21 U.S.C. § 841(a)(1))

That on or about December 13, 2004, in the Western District of Texas, Defendant,

JORGE ARMANDO RANGEL,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney